Robert C. Barker
1855 San Pablo Ave apt 504
Oakland, CA 94612
510-485-8962

FILED
AUG - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Robert C. Barker Jr
vs
U.S Bank NA
Nichosas Gomas

8/11/08

C08-03810 ADR VRW

U.S. Bank, was deposit from SSA, SSI for 701.00 $1.00 on June 4, 08 & May 2, 08 732.00, deposit was make in my acct. Checking, Nichosas Gomas block my acct Check writhed on my acct was not Paid, Stoped or Paloems. with Check didn't Claring with the San Pablo Hotel on 6/15/08 went to manger at San Pablo with 2 money Order For 404.00 he said he had to Talk with his ATT.

Suit for Epction, I go to court on monday 8-18-08.