Robert C. Boskins Jr
1955 San Pablo Ave
Oakland, CA 94612
510-485-8960 cell

E-filing

FILED
AUG - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Deacon Robert C. Boskins Jr )
                Plaintiff,   )   CASE NO. C08-03810 VRW
                             )
        vs.                  )   APPLICATION TO PROCEED
U.S. Bank NA                 )   IN FORMA PAUPERIS
Nicholas Gomez               )   (Non-prisoner cases only)
Manager Ass't                )
                Defendant.   )
Manager                      )

I, Robert C. Boskins, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No. _____         - 1 -

1 | wages per month which you received.
2 | _____
3 | _____
4 | _____
5 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
6 | sources:
7 |    a.   Business, Profession or                          Yes ___ No ✓
8 |         self employment
9 |    b.   Income from stocks, bonds,                       Yes ___ No ✓
10|         or royalties?
11|    c.   Rent payments?                                   Yes ___ No ✓
12|    d.   Pensions, annuities, or                          Yes ___ No ✓
13|         life insurance payments?
14|    e.   Federal or State welfare payments,               Yes ✓ No ___
15|         Social Security or other govern-
16|         ment source?
17| If the answer is "yes" to any of the above, describe each source of money and state the amount
18| received from each.
19| _____701.⁰⁰ month____SSI 81.⁰⁰ month_____
20| _____
21| 3.   Are you married?                                    Yes ___ No ✓
22| Spouse's Full Name: _____
23| Spouse's Place of Employment: _____
24| Spouse's Monthly Salary, Wages or Income:
25| Gross $_____ Net $_____
26| 4.   a.   List amount you contribute to your spouse's support:$ _____
27|      b.   List the persons other than your spouse who are dependent upon you for support and
28|           indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 2 -

1  list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2  _____

3  _____

4  5.   Do you own or are you buying a home?          Yes ___ No ✓

5  Estimated Market Value: $_____ Amount of Mortgage: $_____

6  6.   Do you own an automobile?                     Yes ___ No ✓

7  Make _____ Year _____ Model _____

8  Is it financed? Yes _____ No _____ If so, Total due: $ _____

9  Monthly Payment: $ _____

10 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _____

12 _____

13 Present balance(s): $ _____

14 Do you own any cash? Yes ___ No ✓ Amount: $ _____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16 value.) Yes ___ No ✓

17 _____

18 8.   What are your monthly expenses?

19 Rent: $ 401.00              Utilities: _____

20 Food: $ 200.00              Clothing: 150.00

21 Charge Accounts:

22 Name of Account            Monthly Payment            Total Owed on This Account

23 Metro PCS       $ 50.00 Cell    $ month to month

24 _____         $ _____         $ _____

25 _____         $ _____         $ _____

26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they

27 are payable. Do not include account numbers.)

28 _____

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in other
3  lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5  they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9  statement herein may result in the dismissal of my claims.     Deacon.
10
11  8/11/08                                  Robert C. Bankins
12       DATE                                  SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA
PAUPERIS, Case No. _____                - 4 -